# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEAN JUSME** and **JUDITH BONHEUR,**
Appellants,

v.

**SIMONE DENEZ,**
Appellee.

No. 4D21-1558

[January 13, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 18-29052 CACE (14).

Alan Silverstein, Palm Beach Gardens, for appellants.

Ralph Stanley Francois, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***